# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**VICKI LYNN HOWELL**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　　**CASE NO. 2:25-CV-2032**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

　　Comes on for consideration the Report and Recommendation (Doc. 13) filed in this case on September 30, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the deadline.

　　**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

　　**IT IS SO ORDERED** on this 15th day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Timothy L. Brooks*
　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY L. BROOKS
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE